UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22407-CIV-DAMIAN

MD NAIM ISLAM,

    Petitioner,

v.

WARDEN OF KROME NORTH
SERVICE PROCESSING CENTER;
DIRECTOR, MIAMI FIELD OFFICE
FOR U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,
ENFORCEMENT AND REMOVAL
OPERATIONS (ICE/ERO);
KRISTI NOEM, in her official capacity
 as Secretary of the U.S. Department of
Homeland Security; TODD LYONS,
in his official capacity as Acting Director
of U.S. Immigration and Customs Enforcement;
and PAMELA BONDI, in her official
capacity as Attorney General of the United States,

    Respondents.

_____/

## ORDER GRANTING IN PART PETITION

**THIS CAUSE** is before the Court on Petitioner, Md Naim Islam's ("Petitioner"), *pro se* Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1], filed on April 7, 2026, and the Response to Order to Show Cause ("Response") [ECF No. 7], filed on May 14, 2026.

THE COURT has reviewed the Petition, the Response, and the record in this case and is otherwise fully advised. Petitioner asserts a due process challenge to her arrest and detention by immigration officials alleging, in relevant part, that her continued custody is unlawful, arbitrary, and contrary to the United States Constitution. Petitioner requests release from immigration detention and that Respondents afford her a bond hearing. *See*

*generally* Pet. In the Response, Respondents state that in light of the Eleventh Circuit's recent decision in *Alvarez v. Warden*, No. 25-14065, __ F.4th __ (11th Cir. May 6, 2026), they do not oppose Petitioner's request for a bond hearing. *See* Resp.

Thus, this Court finds that Petitioner is entitled to an individualized bond hearing as a detainee under Section 1226(a). Accordingly, it is

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **GRANTED IN PART** to the extent that Petitioner requests this Court to direct the Immigration Court to give her a bond hearing. Respondents shall **FORTHWITH** afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or otherwise release Petitioner. The bond hearing must take place no later than **June 5, 2026**. It is further

The Clerk of Court is **DIRECTED** to **CLOSE** this case for Administrative and Statistical purposes.

This Court retains jurisdiction to address matters that may arise with respect to the Petition, and either party may file a motion to reopen the case should additional relief be sought relating to the Petition or this Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of May, 2026.

 

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc. Naim Islam, *Pro Se*
A# 220-097-943
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194